■ FELICINA TSOMIS, Appellant, v. CHARLES B. BENENSON, Respondent.— Judgment directing dismissal of the complaint, unanimously reversed on the law, the facts and in the exercise of discretion on the ground that it was an improvident exercise of discretion, in the circumstances, at least not to order a short adjournment so that plaintiff might attempt to locate the witness. A new trial is ordered, with $50 costs and disbursements to abide the event. Concur — Botein, P. J., Capozzoli, Rabin, McNally, and McGivern, JJ.

■ In the Matter of the LIQUIDATION OF MANHATTAN CASUALTY COMPANY. — Motion for leave to appeal as a poor person denied, with leave to renew upon proper papers complying with article 11 of the CPLR and, in particular, CPLR 1101 (subd. [c]). Concur — Stevens, J. P., Eager, Steuer, Capozzoli, and Tilzer, JJ.

### SECOND DEPARTMENT, APRIL, 1967
### (April 3, 1967)

■ JEANETTE BONDY, Respondent, v. LEON BONDY, Appellant.— Order of the Supreme Court, Westchester County, dated October 13, 1966, affirmed, with $10 costs and disbursements. The defendant's time to answer is extended until 20 days after entry of the order hereon. Since the motion to dismiss the amended complaint was addressed to the entire complaint, and since the Special Term correctly held the third cause of action sufficient, the motion was properly denied in its entirety (*Altman* v. *Altman*, 15 A D 2d 546; *Advance Music Corp.* v. *American Tobacco Co.*, 296 N. Y. 79, 84; *Stoehrer* v. *Sattler*, 18 A D 2d 683). Ughetta, Acting P. J., Christ, Brennan, Rabin and Hopkins, JJ., concur.